UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL, | No. 1:16-cv-01148-DAD-EPG (PC) |
| Plaintiff, | |
| v. | ORDER DENYING WITHOUT PREJUDICE REQUEST FOR RULING BY DISTRICT JUDGE ON ORDER |
| D. DAVEY, et al., | |
| Defendants. | (Doc. No. 72) |

Plaintiff John E. Mitchell is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 2, 2018, defendant Thompson filed a "request for ruling by district judge on order (ECF Nos. 16, 26)." (Doc. No. 72.) Defendant Thompson requests that, in light of *Williams v. King*, 875 F.3d 500 (9th Cir. 2017), the undersigned review the magistrate judge's screening order *de novo*, and issue a ruling. (*Id.* at 2.)

Defendant's request will be denied. Following the order of the Ninth Circuit holding plaintiff's appeal in abeyance, plaintiff's *in forma pauperis* status was revoked by this court. (Doc. Nos. 58, 71.) If plaintiff fails to pay the required filing fee, this entire action will be dismissed. (*See* Doc. No. 71 at 6). Under those circumstances, there would be no need for this court to review the magistrate judge's earlier screening order. However, if plaintiff chooses to resume his appeal and this court's decision is reversed, or if plaintiff pays the required filing fee, the court will address the *Williams* issue.

1

Therefore, IT IS ORDERED that the defendant Thompson's request for ruling by district judge on order (Doc. No. 72) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **April 20, 2018**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE