UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. DAVEY, et al.,<br><br>　　　　Defendants. | No. 1:16-cv-01148-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. Nos. 86, 88, 91) |

Plaintiff John Mitchell is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 2, 2018, the assigned magistrate judge issued findings and recommendations, recommending that all claims and defendants be dismissed, save and except for plaintiff's claim against defendants Thompson and Robicheaux for violation of plaintiff's free exercise rights under the First Amendment. (Doc. No. 86 at 8.)

On October 16, 2018, defendant Thompson filed a motion to dismiss contending that on the face of plaintiff's complaint, plaintiff failed to exhaust his available administrative remedies prior to filing suit as to his claim against defendant Thompson. (Doc. No. 88.) On November 2, 2018, plaintiff filed a response, conceding that he failed to exhaust his claim against defendant

1

Thompson. (Doc. No. 90 at 1.) Accordingly, on November 6, 2018, the assigned magistrate judge issued findings and recommendations, recommending that defendant Thompson's motion to dismiss be granted and that defendant Thompson be dismissed from this case. (Doc No. 91.) As to each of the findings and recommendations, the parties were provided an opportunity to file objections. To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 2, 2018 (Doc. No. 86) are adopted in full;
2. The findings and recommendations issued on November 6, 2018 (Doc. No. 91) are adopted in full;
3. Defendant Thompson's motion to dismiss (Doc. No. 88) is granted;
4. All claims and defendants are dismissed, save and except for plaintiff's claim against defendant Robicheaux for violation of plaintiff's free exercise rights under the First Amendment;
5. The Clerk of Court is directed to reflect the dismissal of all defendants except CRM M.S. Robicheaux on the court's docket; and
6. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 17, 2018**

UNITED STATES DISTRICT JUDGE