UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>CRM M.S. ROBICHEAUX,<br><br>Defendant. | Case No. 1:16-cv-01148-DAD-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S NOTICE OF WITHDRAWAL OF ALL DISCOVERY MOTIONS<br><br>(ECF NOS. 120, 123, 124, & 129) |

John E. Mitchell ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 22, 2019, Plaintiff filed a notice that he is withdrawing all motions regarding discovery, including, but not limited to, motions to compel. (ECF No. 129).

Accordingly, Plaintiff's motions to compel (ECF Nos. 120 & 124), as well as Plaintiff's motion for an extension of the non-expert discovery deadline (ECF No. 123), will be treated as withdrawn.[1]

IT IS SO ORDERED.

Dated: **August 27, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff did not intend to withdraw his motion for an extension of the non-expert discovery deadline, Plaintiff shall file a notice within three weeks of the date of service of this order stating as such. If the Court receives such a notice, the Court will rule on Plaintiff's motion for extension of the non-expert discovery deadline.

1