UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CRM M.S. ROBICHEAUX,<br><br>　　　　Defendant. | Case No. 1:16-cv-01148-DAD-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR FILING/ACTION OR RULING ON SUPPLEMENTAL COMPLAINT<br><br>(ECF NO. 151) |

　　　　John E. Mitchell ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 2, 2020, Plaintiff filed a request for ruling on his motion for leave to submit a second supplemental complaint. (ECF No. 151). Plaintiff also asks for a copy of the docket sheet so that he can confirm that the Court received his motion.

　　　　Plaintiff's motion for leave to submit a second supplemental complaint was received by the Court on February 7, 2020, and the Court will rule on it in due course.[1] As this order confirms that Plaintiff's motion was received by the Court, Plaintiff's request for a copy of the docket sheet is DENIED.

IT IS SO ORDERED.

　　　Dated:　**March 4, 2020**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff alleges that he mailed the motion to the Court "[o]n or about December 8, 2019." (ECF No. 151). However, the motion is dated February 2, 2020. (ECF No. 148, p. 1).

1