UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CRM M.S. ROBICHEAUX,<br><br>　　　　Defendant. | Case No. 1:16-cv-01148-DAD-EPG (PC)<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING, TRIAL, AND RELATED DEADLINES |

John E. Mitchell ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 10, 2020, Plaintiff filed a request for a court order under the All Writs Act. (ECF No. 156). In his request, Plaintiff states that he does not have access to his legal property or the law library at this time, and he is unable to prosecute this case.

The Court is not ruling on Plaintiff's request for an order under the All Writs Act at this time. However, in light of Plaintiff's allegations, the coronavirus (COVID-19) outbreak (which has limited law library access at numerous institutions), and the pending findings and recommendations on the parties' motions for summary judgment (ECF No. 154), the Court will vacate the telephonic trial confirmation hearing, the trial, and all related deadlines (including the deadlines for the parties to submit pretrial statements). If necessary, the Court will reset these deadlines after the assigned district judge rules on the findings and recommendations.

The Court notes that if Plaintiff wants additional time to object to the findings and recommendations, Plaintiff should file a motion for an extension of time within ten days of the

1

date of this order.

Accordingly, based on the foregoing, IT IS ORDERED that the telephonic trial confirmation hearing, the trial, and all related deadlines are VACATED. If necessary, the Court will reset these deadlines after the assigned district judge rules on the findings and recommendations dated March 27, 2020.

IT IS SO ORDERED.

Dated: **April 14, 2020**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE