UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRM M.S. ROBICHEAUX,<br><br>　　　　　Defendant. | Case No. 1:16-cv-01148-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPIES AND DOCKET SHEET<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF: 1) A COPY OF THE DOCKET SHEET; 2) A COPY OF THE SUPPLEMENTAL PLEADING LODGED ON JUNE 6, 2019 (ECF NO. 113); AND 3) A COPY OF THE SUPPLEMENTAL PLEADING LODGED ON FEBRUARY 7, 2020 (ECF NO. 146)<br><br>(ECF NO. 161) |

　　　　John E. Mitchell ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On May 11, 2020, Plaintiff filed a letter. In the letter, Plaintiff requests a copy of the docket sheet, so that he can request copies of the supplemental complaints he submitted. Because the Court will not allow Plaintiff to amend in this action, Plaintiff intends to submit those complaints in a separate action. However, Plaintiff does not have access to his legal property, so Plaintiff needs copies of those complaints. Plaintiff states that he was informed that he has a "one time" right to request documents he has submitted with the Court.

　　　　Plaintiff does not have a right to free copies of documents that he submitted with the Court. Nevertheless, in this instance, the Court will grant Plaintiff's request and direct the Clerk of Court to send Plaintiff a copy of the docket sheet. The Court will also direct the Clerk

1

of Court to send Plaintiff a copy of both of his proposed supplements (ECF Nos. 113 & 146).

Accordingly, IT IS ORDERED that the Clerk of Court is directed to send Plaintiff: 1) A copy of the docket sheet; 2) A copy of the supplemental pleading lodged on June 6, 2019 (ECF No. 113); and 3) A copy of the supplemental pleading lodged on February 7, 2020 (ECF No. 146).

IT IS SO ORDERED.

Dated: __**May 13, 2020**__                    /s/ *Erica P. Grosjean*
                                               UNITED STATES MAGISTRATE JUDGE