UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CRM M.S. ROBICHEAUX,<br><br>　　　　　　Defendant. | No.  1:16-cv-01148-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF UNDER THE ALL WRITS ACT<br><br>(Doc. Nos. 156, 169) |

　　　　Plaintiff John E. Mitchell is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 9, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for injunctive relief under the All Writs Act be denied without prejudice.  (Doc. No. 169 at 3.)  The findings and recommendations were served on both parties and contained notice that any objections thereto were to be filed within twenty-one (21) days of service.  (*Id.*)  No objections have been filed, and the time to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

/////

1

court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 9, 2020 (Doc. No. 169) are adopted in full; and
2. Plaintiff's motion for an order under the All Writs Act (Doc. No. 159) is denied without prejudice.[1]

IT IS SO ORDERED.

Dated:   **August 3, 2020**

UNITED STATES DISTRICT JUDGE

---

[1] As the magistrate judge noted, if plaintiff requires an extension of any deadline due to lack of access to his legal property or the law library, he may file a motion seeking an extension of time. (Doc. No. 169 at 3.)  Additionally, if this case proceeds to trial and plaintiff still believes he is being denied adequate access to his legal property or the law library, plaintiff may renew this motion for injunctive relief.  (*Id.*)

2