UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL,<br><br>  Plaintiff,<br><br>  v.<br><br>CRM M.S. ROBICHEAUX,<br><br>  Defendant. | No. 1: 16-cv-01148 DAD EPG (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 9, 2020, the undersigned conducted a settlement conference in this action.  This action settled.

Plaintiff filed letters with the court on September 17, 2020, and September 21, 2020. (ECF Nos. 177, 179.)  In the letter filed September 21, 2020, plaintiff alleges that he did not receive a copy of the settlement agreement after signing it.  Plaintiff's letters filed September 17, 2020, and September 21, 2020, also raise matters unrelated to this action.

Plaintiff is informed that if he has grievances regarding matters unrelated to this action, he may file an administrative appeal or another civil rights action.  Similarly, if plaintiff has another case and both plaintiff and defense counsel believe a settlement conference would be beneficial, they may jointly request a settlement conference before the undersigned or another magistrate judge.  Plaintiff is informed that the undersigned will not respond to future letters filed by

plaintiff because this action is concluded.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defense counsel shall serve plaintiff with a copy of the settlement agreement and file proof of service with the court.

Dated: September 23, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mitch1148.ord

2